# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. – JFM-13-0696 |
| | * | Civil No. JFM-16-1566 |
| | * | |
| JOSE ADOLFO BENITEZ-ALVARADO | * | |

******

## MEMORANDUM

Jose Benitez-Alvarado has filed this motion under 28 U.S.C. §2255. He claims that his sentence should be reduced under *Johnson v. United States*, 135 S. Ct. 2551 (2015). Benitez-Alvarado's motion will be denied.

Benitez-Alvarado was given a 16-level enhancement under U.S.S.G. § 2L1.2(b)(1)(A) because he previously had been deported following a conviction of a crime of violence. Section 2L1.2(b)(1)(A) does not include a clause resembling the clause in the Armed Career Criminal Act that was found to be constitutionally infirmed in *Johnson*. Accordingly, Benitez-Alvarado's claim is without merit.

Date: *Nov. 7, 2016*

J. Frederick Motz
United States District Judge

1